UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DISH NETWORK L.L.C.,

                Plaintiff,

        - against -

SANJEEV KUMAR, TSVETOMIR
DOBRILOV, and DOES 1-5,

                Defendants.
------------------------------------------------------------ x

21-CV-6730(JPO)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 10, 2021 with the filing of a complaint against Doe Defendants 1-10. On March 30, 2022, Plaintiff DISH Network L.L.C. filed an Amended Complaint naming Sanjeev Kumar and Tsvetomir Dobrilov as defendants. Doc No. 16. On April 7, 2022, electronic summonses were issued as to Defendants Sanjeev Kumar and Tsvetomir Dobrilov. Doc. Nos. 23, 24. On April 11, 2022, copies of the summonses and Amended Complaint were served on Defendants Sanjeev Kumar and Tsvetomir Dobrilov via email pursuant to the Court's Order dated April 5, 2022. *See* Doc No. 20. Proof of service was filed on April 19, 2022. Doc. Nos. 25 and 26. I further certify that the docket entries indicate that Defendants Sanjeev Kumar and Tsvetomir Dobrilov have not filed an answer or otherwise moved with respect to the complaint herein. The defaults of Defendants Sanjeev Kumar and Tsvetomir Dobrilov are hereby noted.

Dated: New York, New York
       May 4, 2022

                                          **RUBY J. KRAJICK**
                                          Clerk of Court

By: _____
                            **Deputy Clerk**